# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERIPRIDE SERVICES INC., <br><br> **Plaintiff,** <br><br> v. <br><br> JEFFREY PETERSON, <br><br> **Defendant.** | 8:18CV96 <br><br> **ORDER OF DISMISSAL** |

This matter is before the Court on the Parties' Stipulated Motion to Dismiss Without Prejudice (Filing 38). Upon consideration,

IT IS HEREBY ORDERED that:

1. The Stipulated Motion to Dismiss Without Prejudice (Filing 38) is granted. The above-captioned matter is dismissed without prejudice with the complete record waived and with each party to pay their own court costs consistent with this Order.

2. The Amended Consent Injunction (Filing 37) remains in full force and effect.

3. Defendant Jeffrey Peterson shall comply with the terms of the Amended Consent Injunction (Filing 37).

4. The Court retains continuing jurisdiction over the above-captioned matter for purposes of enforcing the Amended Consent Injunction (Filing 37).

DATED this 14th day of May, 2018.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge